### THIRD DEPARTMENT, MARCH, 1965

## (March 2, 1965)

In the Matter of the COMMON COUNCIL OF THE CITY OF ALBANY, Petitioner, v. TOWN BOARD OF THE TOWN OF BETHLEHEM et al., Respondents.— Application, pursuant to section 712 (subd. 4, par. a) of the General Municipal Law, by the Board of Fire Commissioners of the Slingerlands Fire District for permission to intervene granted, without costs. Gibson, P. J., Reynolds, Taylor, Aulisi and Hamm, JJ., concur.

## (March 8, 1965)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EUGENE KARP, Also Known as EUGENE DANE, Petitioner, v. ROSS E. HEROLD, as Director of Dannemora State Hospital, Respondent.— Applications, pursuant to CPLR 7002 (subd. [b], par. 2), for a writ of habeas corpus denied for failure of compliance with article 70 of the CPLR, and more particularly for petitioner's failure to verify such applications or to annex thereto a copy of the mandate by virtue of which he is detained, as required by CPLR 7002 (subd. [c]), and as otherwise insufficient on their face. Judgment signed and entered. Gibson, P. J., Herlihy, Reynolds, Aulisi and Hamm, JJ., concur.